FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE LOCAL 191 I.B.E.W. HEALTH AND WELFARE TRUST FUND, et al, <br><br> Plaintiffs, <br><br> v. <br><br> MOUNTAIN STATES ELECTRICAL CONTRACTORS INC, et al, <br><br> Defendants. | No.  2:25-CV-00488-SAB <br><br> **ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulated Motion for Dismissal, ECF No. 11. The parties stipulate and request the Court dismiss this matter without prejudice, and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(2) and the joint wishes of the parties, the Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1.     The parties' Stipulated Motion for Dismissal, ECF No. 11, is **GRANTED**.

2.     The above-captioned case is **DISMISSED without prejudice** and without costs or attorney's fees to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 14th day of April 2026.



_____
Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL** # 1